IN RE DBC OBJECTIONS TO BID OF D'ANNUNZIO BROTHERS, INC., DBC P 440 D & R CANAL, CONTRACT II WATERWAY MAINTENANCE PROGRAM.

July 11, 1985.

Petition for certification denied.

LOUIS W. ZELTNER v. JOSEPH CANNON.

July 11, 1985.

Petition for certification denied.

PRB ENTERPRISES, INC. AND CAPE MAY GREENE, INC. v. PLANNING BOARD OF THE CITY OF CAPE MAY.

July 11, 1985.

Petition for certification denied.

KING SOLOMON MEMORIAL PARK v. MAYOR AND COUNCIL OF THE CITY OF CLIFTON.

July 11, 1985.

Petition for certification denied.